ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy            DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy            DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ERIC JEROME WILLIAMS,<br>　　　Petitioner,<br>　　v.<br>M. D. BITER, Warden,<br>　　　Respondent. | Case No. CV 12-06818 JST (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: Sept 10, 2013

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE