ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy               DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 11 2013
CENTRAL DISTRICT OF CALIFORNIA
BY shy               DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ERIC JEROME WILLIAMS, | Case No. CV 12-06818 JST (AN) |
| Petitioner, | |
| v. | JUDGMENT |
| M. D. BITER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: Sept 10, 2013

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE